1523  MARTIN vs. BOARD OF AUDITORS (Wayne), 5 M., 223.

To compel respondent to issue a warrant to relator for services rendered as justice in criminal proceedings.

Granted June 10, 1858.

The answer set up that the warrant had been drawn and signed, but before it was delivered to relator it had been levied upon and being payable to relator or bearer, the constable had presented the same to the county treasurer and received payment thereon. As the respondent was a public body and appeared to have acted in good faith, costs were refused.